

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2019

No. 04-19-00630-CV

**IN THE INTEREST OF A.O.G. AND A.J.G., CHILDREN,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02451
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The trial court signed a final order of termination on August 20, 2019. Because appellant did not file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due to be filed by September 9, 2019. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due by September 24, 2019. *See id.* R. 26.3. Appellant filed his notice of appeal on September 12, 2019. It thus appears that neither document was filed within the time allowed for filing a motion for extension of time to file the notice of appeal.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). But "once the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *Id.*

Because the notice of appeal was untimely filed, appellant is **ORDERED** to file, on or before **October 14, 2019**, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(c). All other appellate deadlines are suspended pending our resolution of the jurisdictional issue.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2019.



_____
LUZ ESTRADA,
Chief Deputy Clerk